THE FRANKLIN SOCIETY FOR HOME-BUILDING AND SAVINGS, Respondent, *v.* MARTIN K. FLAVIN, Appellant.

Argued June 11, 1943; decided July 20, 1943.

*Sidney S. Levine* for appellant.

*Leon Quat* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, CONWAY and DESMOND, JJ. Dissenting: RIPPEY and LEWIS, JJ. Taking no part: THACHER, J.